# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| CAE USA, Inc. | ) ASBCA Nos. 62521, 62522, 62523 |
| | )               62524, 62525, 62549 |
| | ) |
| Under Contract No. W912ER-13-C-0016 | ) |

APPEARANCES FOR THE APPELLANT:    Joseph Hornyak, Esq.
    The Law Office of Joseph Hornyak
    Bethesda, MD

    Sam Zalman Gdanski, Esq.
    Scott Howard Gdanski, Esq.
    Gdanski Law PC
    Teaneck, NJ

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Matthew Tilghman, Esq.
    Michael E. Taccino, Esq.
    Kathryn G. Morris, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  April 19, 2022

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62521, 62522, 62523, 62524, 62525, 62549, Appeals of CAE USA, Inc., rendered in conformance with the Board's Charter.

Dated: April 19, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals